

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2018

No. 04-16-00186-CV

**COTTER & SONS, INC.;** James F. Cotter; Alamo Towers-Cotter, LLC; Cotter 11211 Katy Freeway Building, LP; Cotter 7447 Harwin Building, LP; Cotter Equities LLC; Cotter Harwin Equities LLC; Cotter Katy Equities LLC; Cotter Katy Freeway Building, LP; Et Al.,
Appellants

v.

**BJ CORPORATION D/B/A NATIONAL BUILDING SERVICE,**
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09427
Honorable Gloria Saldana, Judge Presiding

# O R D E R

On November 15, 2017, we abated this appeal based on Appellant Alamo Towers—Cotter, LLC's voluntary petition for bankruptcy filed in the United States Bankruptcy Court for the Western District of Texas under Case No. 17-52599-cag on November 6, 2017. *See* 11 U.S.C. § 362 (2012); TEX. R. APP. P. 8.1.

We suspended all appellate deadlines under the Texas Rules of Appellate Procedure from the date the bankruptcy petition was filed in the bankruptcy court. *See* TEX. R. APP. P. 8.2. For administrative purposes, we closed the case pending a motion to reinstate the appeal. *See id.* R. 8.3(a).

On March 12, 2018, Appellee BJ Corporation d/b/a National Building Service filed an "Advisory to the Court" which we construe as a motion to reinstate the appeal. *See id.* Appellee attached a copy of an order dated January 29, 2018, from the United States Bankruptcy Court for the Western District of Texas, San Antonio Division. *See id.* R. 8.3(a). The agreed order states in part as follows:

> [T]he automatic stay set forth in 11 U.S.C. §362(a) is hereby modified in this case to permit the Debtor and NBS to pursue and defend the appeal presently pending in the Fourth Court of Appeals under Case No. 04-16-00186-CV, styled *Cotter &*

*Sons, Inc.; James F. Cotter; Alamo Towers-Cotter, LLC; Cotter 11211 Katy Freeway Building, LP; Cotter 7447 Harwin Building, LP; Cotter Equities LLC; Cotter Harwin Equities LLC; Cotter Katy Equities LLC; Cotter Katy Freeway Building, LP; et al., Appellants v. BJ Corporation d/b/a National Building Service, Appellee.*

We REINSTATE this appeal on this court's docket. Appellee's November 9, 2017 motion for en banc reconsideration is deemed timely filed. *See id.* R. 8.2.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court